RECEIVED

APR 1 3 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALTHIE J. BOYD,                        CIVIL ACTION NO. 1:17-CV-00315
Plaintiff

VERSUS                                 JUDGE DRELL

WAL-MART, *ET AL.*,                    MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Wal-Mart's Rule 12(b)(1) Motion to Dismiss (Doc. 30) is DENIED.

IT IS FURTHER ORDERED that Wal-Mart's Rule 12(b)(6) Motion to Dismiss (Doc. 30) is GRANTED. Boyd's complaint is DISMISSED WITH PREJUDICE, as Boyd's claims under § 1983, the ADA, Title VII, and state law are time-barred. Also, Boyd's claims under § 1983, the ADA, and Title VII fail to state a plausible claim for relief.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13 day of April, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT